IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3090 |
| | ) | |
| V. | ) | |
| | ) | |
| TYREECE JAMAR JSAMES, | ) | ORDER |
| KEVIN JARZELL MOORE, | ) | |
| | ) | |
| Defendants. | ) | |

There being no objection by Defendant Moore, and Defendant Jsames has yet to appear before the Court on an initial appearance on the Indictment in this case,

IT IS ORDERED that:

(1) The plaintiff's motion to continue trial (filing 25) is granted.

(2) Trial of this case is continued to January 4, 2010, before the undersigned United States district judge, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

DATED this 20th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge