IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3090 |
| | ) | |
| V. | ) | |
| | ) | |
| TYREECE JAMAR JSAMES and | ) | ORDER |
| KEVIN JARZELL MOORE, | ) | |
| | ) | |
| Defendants. | ) | |

There are four pending motions and I will grant all of them.

IT IS ORDERED that:

1. The motions to continue trial by each of the defendants (filings 47 and 49) are granted. Trial is continued until March 22, 2010.

2. The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

3. The motion of Mr. Wythers (filing 48) to withdraw is granted. The Federal Public Defender shall secure a replacement lawyer and that lawyer shall promptly enter his or her appearance for Mr. Moore.

4. The government's motion (filing 50) to extend response time is granted and the government shall have until December 23, 2009 to respond.

DATED this 16th day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge