IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3090 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TYREECE JAMAR JSAMES, | ) | |
| | ) | |
| Defendants. | ) | |

Upon review of defendant's motion, and the information of record,

IT IS ORDERED that defendant Jsames' motion for release, (filing no. 56), is denied.

DATED this 9th day of February, 2010.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge