IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3090 |
| | ) | |
| v. | ) | |
| | ) | |
| TYREECE JAMAR JSAMES, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon review of the defendant's motion to direct Pretrial Services to obtain a substance abuse evaluation, and the information of record,

IT IS ORDERED that the defendant's motion for a substance abuse evaluation, (filing no. 83), is denied.

DATED this 5th day of April, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge