IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3090 |
| | ) | |
| V. | ) | |
| | ) | |
| TYREECE JAMAR JSAMES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the government's motion to extend (filing 148) is granted. Objections to the presentence report are due on or before June 25, 2010.

DATED this 22nd day of June, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge