IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3090 |
| | ) | |
| V. | ) | |
| | ) | |
| TYREECE JAMAR JSAMES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   I conferred with counsel today.  The government assured me that it will be calling Dangelo Erving and that there was no need for the defendant to secure Mr. Erving's presence at the sentencing hearing.   Accordingly,

   IT IS ORDERED that the motion for leave to subpoena necessary witness in forma pauperis (filing 142) is denied as moot.

   DATED this 24th day of June, 2010.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge