IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3090 |
| | ) | |
| V. | ) | |
| | ) | |
| TYREECE JAMAR JSAMES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the request of the United States Marshals Service, and without objection by the parties,

IT IS ORDERED that Defendant Jsames' evidentiary hearing and sentencing are continued to Friday, September 3, 2010, from 12:30 to 3:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

DATED this 2nd day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge