IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3090 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TYREECE JAMAR JSAMES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's request for transcript (filing 172), treated as a motion for a free transcript under 28 U.S.C. § 753(f), is denied.

April 8, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge