IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3090 |
| V. | ) | |
| TYREECE JAMAR JSAMES, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for copies (filing 183) is denied.

DATED this 30th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge