# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:09cr3090 |
| vs. | ) | |
| | ) | |
| Tyreece Jamar Jsames, | ) | Order |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the request for transcript of Sentencing hearing held on October 10, 2010 [162].

IT IS ORDERED:

1. The request for transcript, filing [186] is granted.

2. Tyreece Jamar Jsames is ordered to pay to the Clerk of Court the amount of $.126.10. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $126.10, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the Sentencing hearing held on October 04, 2010. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated: February 7, 2014

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge