UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:09CR03090 |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| vs. ) | MOTIONS FOR PREPARATION OF |
| ) | SENTENCING TRANSCRIPT |
| TYREECE JAMAR JSAMES, ) | IN FORMA PAUPERIS |
| ) | |
| Defendant. ) | |

Tyreece Jamar Jsames, defendant herein, by and through his CJA Panel Attorney has moved this Court for an order authorizing the preparation of a transcription of both sentencing hearings in this case (see, Text Minute Entry 160, September 3, 2010 and Text Minute Entry 162, October 4, 2010), in forma pauperis and without advance payment. Mr. Jsames proposes to use the transcripts in seeking "Drugs Minus Two" § 3582 relief. Counsel asserts that he needs access to these transcripts in order to establish what specifically was said at sentencing and to establish Mr. Jsames' eligibility for relief.

The sentencing in this case required two hearings and was complex. Since the sentencings, Mr. Jsames and a non party filed a request for the preparation of a transcript of the October 4, 2010 sentencing hearing (see, Filing 185, January 24, 2014 and Filing 186, January 24, 2014). Both requests were granted (see, Filing 189, February 7, 2014 and Filing 190, February 7, 2014) although the payments may not have been made and the docket sheet does not show the transcript to have been prepared and filed.

AUSA Sara Fullerton does not oppose this motion.

This time Mr. Jsames acts through his criminal Justice Act attorney. Mr. Jsames has previously been determined to be indigent and eligible for legal services pursuant to the Criminal Justice Act (see, filing 34, November 13, 2009). He remains in prison in the custody of the

Bureau of Prisons.

Under the circumstances presented by this motion, I find it should be and hereby is granted. The clerk is directed to assign these sentencing proceedings for transcription. The transcripts are to be filed with the Court and all parties are to be given notice when the transcripts are filed.

Mr. Jsames, acting through CJA counsel has sought approval of his motion in forma pauperis and that request is also granted. Defense counsel shall take appropriate steps to see that the transcriptionist can submit a voucher in a proper fashion.

IT IS SO ORDERED.

Dated this 1st day of July, 2015.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge