IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TYREECE JAMAR JSAMES,<br><br>    Defendant. | 4:09CR3090<br><br>**DETENTION ORDER** |

  Defendant was afforded an opportunity for a hearing, but is currently being held in state custody on related charges, and agreed to waive the right to a detention hearing. Defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6), that Defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.

  Accordingly,

  IT IS ORDERED:

1) Defendant shall be returned to state custody for confinement on state charges.
2) Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

December 21, 2021.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge